SUSS, Respondent, v. FARLEY, State Com'r of Excise, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Hyman ·Suss against William W. Farley, as State Commissioner of Excise, etc. No opinion. Judgment reversed on reargument, with costs of the appeal, and complaint dismissed, with costs, on the authority of Suss v. Farley, etc., 164 App. Div. 161, 149

N. Y. S. 661, decided November 6, 1914. See, also, 150 N. Y. Supp. 1114.